BURNS & LEVINSON LLP

ONE CITIZENS PLAZA • SUITE 1100
PROVIDENCE, RI 02903
T 401.831.8330 F 401.831.8359
WWW.BURNSLEV.COM

SUSAN M. COOK
401.831.8338
SCOOK@BURNSLEV.COM

January 20, 2006

**VIA HAND DELIVERY**

United States District Court Clerk
United States District Court
One Exchange Terrace
Providence, RI 02903-1779

Re: **Lawrence Builders, Inc. v. Dr. Anna Kolodner, et als.**
**C.A. No: 06-13 ML**

**(RI Superior Court Civil Action No. WC 05-0732)**

Dear Sir/Madam:

Pursuant to Rule 36(b) of the Local Rules of the U.S. Dist. Court, I have enclosed herein for filing certified copies of the Washington County Superior Court records and proceedings as well as a certified copy of the court docket in the above-referenced matter. The Notice of Removal was filed on January 13, 2006.

Thank you for your attention to this matter.

Sincerely,

Susan M. Cook
Susan M. Cook
Paralegal

Enclosures
cc: Lynne M. Radiches, Esq.
Dr. Anna Kolodner
Mark Russo, Esq.

J:\Docs\27899\00001\00980082.DOC

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0732 LAWRENCE BUILDERS V DR ANNA KOLODNER

Filing Date: 12-09-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 01-18-2006

Plaintiff: LAWRENCE BUILDERS INC
ID: @10702937

Attorney: WILLIAM RUSSO
Attorney: CHRISTOPHER MULHEARN
Attorney: JASON KNIGHT

Defendant: ANNA KOLODNER
ID: @10702938
Defendant: MONTY GOLD
ID: @10702939
Defendant: HERB ARNOLD
ID: @10702940
Defendant: MICHAEL ARNOLD
ID: @10702941
Defendant: H L ARNOLD JR & ASSOCIATES
ID: @10702942
Defendant: CARRIGAN ENGINEERING INC
ID: @10702943

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 02-20-2006 | MOTION TO DISMISS | W CRT2 | RUBINE |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-09-2005 | COMPLAINT FILED | |
| 12-09-2005 | INITIAL FILING FEE | |
| 12-09-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCW30310. |
| 12-28-2005 | AFFIDAVIT OF SERVICE FILED | |
| 01-04-2006 | MEMO IN SUPPORT MOT TO DISMISS | Affiliated: KOLODNER, ANNA |
| 01-04-2006 | AMENDED COMPLAINT FILED | |
| 01-09-2006 | MOTION TO DISMISS | & MONTY GOLD-----2/20/06 HRG<br>Affiliated: KOLODNER, ANNA |
| 01-09-2006 | MEMO IN SUPPORT MOT TO DISMISS | & MONTY GOLD<br>Affiliated: KOLODNER, ANNA |
| 01-18-2006 | MEMORANDUM FILED | IN SUPPORT OF MOT TO DISMISS<br>Affiliated: KOLODNER, ANNA |
| 01-18-2006 | NOTICE OF REMOVAL | TO U.S DISTRICT COURT |

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0732 LAWRENCE BUILDERS V DR ANNA KOLODNER

Affiliated: KOLODNER, ANNA

01-18-2006 OTH DOC FILED DURING DISCOV