DLM

FILED
JAN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LAWRENCE BUILDERS, INC.
*Plaintiff*

*v.*

DR. ANNA KOLODNER, MONTY GOLD, HERB ARNOLD, MICHAEL ARNOLD d/b/a H.L. ARNOLD JR. & ASSOCIATES and CARRIGAN ENGINEERING, INC.
*Defendants*

C.A. No.

CA 06 13ML

**NOTICE OF REMOVAL**

Defendants, Dr. Anna Kolodner ("Dr. Kolodner") and Monty Gold ("Mr. Gold") (collectively, Dr. Kolodner and Mr. Gold are hereinafter referred to as "Defendants"), by their undersigned attorneys, hereby remove the above-captioned case from the Washington County Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Removal is proper for the following reasons:

1. This action was commenced by Plaintiff, Lawrence Builders, Inc. ("Lawrence Builders") in the Washington County Superior Court of the State of Rhode Island on or about December 9, 2005. The case was docketed as Civil Action No. WC 05-732. Process was served upon Defendants on or about December 14, 2005. Copies of all process, pleadings and orders served upon Defendants to date are attached hereto. See Exhibit 1.

2. This Notice of Removal is timely, as it is filed within (30) days after service of the Complaint upon Defendants.

3. This case should be removable from state court to federal court on the basis of diversity of citizenship pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441.

4. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. The subject of this lawsuit is a contract (the "Contract") between Dr. Kolodner and Lawrence Builders, whereby Lawrence Builders agreed to construct a residence for Ms. Kolodner in Narragansett, Rhode Island (the "Project").

6. The Contract is between citizens of different states. Lawrence Builders is a Rhode Island corporation having its principal place of business in Narragansett, Rhode Island. Dr. Kolodner is a resident of Brookline, Massachusetts.

7. Mr. Gold, who is not a party to the Contract, is Dr. Kolodner's husband, and is also a resident of Brookline, Massachusetts.

8. Defendants assert that Plaintiff engaged in fraudulent joinder by naming as additional defendants in the Complaint Herb Arnold and Michael Arnold d/b/a H.L. Arnold Jr. & Associates (the "architects"), and Carrigan Engineering, Inc (the "engineer").

9. The architects were not parties to the Contract, but are located in Westerly, Rhode Island.

10. The architectural services performed for the Project were substantially completed on or before April 23, 2003, well over a year before Ms. Kolodner and Lawrence Builders entered in to the Contract. See Exhibit 2, *Affidavit of Herb Arnold*, ¶¶ 3 & 4.

11. The engineer was not a party to the Contract, but is a Rhode Island corporation with a place of business in Narragansett, Rhode Island.

12. The engineering services performed for the Project were completed on or before December 15, 2003, more than six months before Ms. Kolodner and Lawrence Builders entered into the Contract. See Exhibit 3, *Affidavit of Craig Carrigan* ¶¶ 3 & 4.

13 In its Complaint, Plaintiff makes clear that the architects and engineer were named solely pursuant to R.I. Gen. Laws § 9-30-01 ("The Uniform Declaratory Judgments Act"). See Exhibit 1, *Complaint*, ¶¶ 4 & 5.

14. Plaintiff has no dispute with the architects and/or engineer who worked on the Project, which is why Plaintiff seeks no claim for relief or judgment against the architects and/or the engineer in the Complaint.

15. In further support of the assertion that Plaintiff engaged in fraudulent joinder by naming the architects and the engineer as defendants in this action, Defendants offer as clear and convincing evidence the Affidavit of Herb Arnold. See Exhibit 2, ¶¶ 5,6 & 7.

DR. ANNA KOLODNER and
MONTY GOLD
By their Attorneys,

Lynne M. Radiches

Lynne M. Radiches (#5777)
BURNS & LEVINSON, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8336 Telephone
(401) 831-8359 Facsimile

Defendants Herb Arnold and Michael Arnold d/b/a H.L. Arnold Jr. & Associates and Carrigan Engineering, Inc. hereby join the within Notice of Removal.

HERB ARNOLD and MICHAEL ARNOLD
d/b/a H.L. ARNOLD JR. & ASSOCIATES

By: ______________________

Title: Michael Goodland, Atty

CARRIGAN ENGINEERING, INC.

By: ______________________

Title: ______________________

Dated: January 13, 2006

13 In its Complaint, Plaintiff makes clear that the architects and engineer were named solely pursuant to R.I. Gen. Laws § 9-30-01 ("The Uniform Declaratory Judgments Act"). See Exhibit A, *Complaint*, ¶¶ 4 & 5.

14. Plaintiff has no dispute with the architects and/or engineer who worked on the Project, which is why Plaintiff seeks no claim for relief or judgment against the architects and/or the engineer in the Complaint.

15. In further support of the assertion that Plaintiff engaged in fraudulent joinder by naming the architects and the engineer as defendants in this action, Defendants offer as clear and convincing evidence the Affidavit of Herb Arnold. See Exhibit B, ¶¶ 5,6 & 7.

DR. ANNA KOLODNER and
MONTY GOLD
By their Attorneys,

______________________________
Lynne M. Radiches (#5777)
BURNS & LEVINSON, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8336 Telephone
(401) 831-8359 Facsimile

Defendants Herb Arnold and Michael Arnold d/b/a H.L. Arnold Jr. & Associates and Carrigan Engineering, Inc. hereby join the within Notice of Removal.

HERB ARNOLD and MICHAEL ARNOLD
d/b/a H.L. ARNOLD JR. & ASSOCIATES

By: ______________________________

Title: ______________________________

Dated: January 11, 2006

CARRIGAN ENGINEERING, INC.

By: [signature]

Title: President

**This Notice of Removal may be executed in any number of counterparts, each of which shall be deemed to be an original document, but all such counterparts together shall constitute one and the same document.**

## CERTIFICATION

**I hereby certify that on this 13th day of January, 2006, I sent a true copy of the within by first class mail, postage pre-paid, to:**

**W. Mark Russo, Esq.**
**Christopher M. Mulhearn, Esq.**
**FERRUCCI RUSSO, P.C.**
**55 Pine Street, 4th Floor**
**Providence, RI 02903**

Susan M. Cook

**00984237.DOC**