**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LAWRENCE BUILDERS, INC.<br>*Plaintiff*<br><br>*v.*<br><br>DR. ANNA KOLODNER, MONTY GOLD, HERB ARNOLD, MICHAEL ARNOLD d/b/a H.L. ARNOLD JR. & ASSOCIATES and CARRIGAN ENGINEERING, INC.<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. |

**AFFIDAVIT**

I, Craig Carrigan, on oath, depose and state as follows:

1. That I own and operate Carrigan Engineering Inc., a Rhode Island corporation with a place of business at 140 Point Judith Road, Unit A-3, Narragansett, Rhode Island;

2. That this Affidavit is offered in support of the Notice of Removal filed by Defendants, Dr. Anna Kolodner and Monty Gold, in the above-captioned matter;

3. That Carrigan Engineering Inc. performed certain engineering services for Anna Kolodner relative to the construction of Ms. Kolodner's new residence at 37 Stanton Avenue, Narragansett, RI; and

4. That to the best of my knowledge and recollection, said engineering services were completed on or before December 15, 2003.

[signature]
Craig Carrigan

Subscribed and sworn to before me in South Kingstown
on this 11th day of January, 2006.

[signature]
NOTARY PUBLIC
My Commission Expires: 11/28/09

J:\Docs\27899\00001\00981800.DOC