FILE COPY

BURNS & LEVINSON LLP

ONE CITIZENS PLAZA - SUITE 1100
PROVIDENCE, RI 02903
T 401.831.8330 F 401.831.8359
WWW.BURNSLEV.COM

January 13, 2006

LYNNE M. RADICHES
(401) 831-8336 (Direct Line)
LRadiches@burnslev.com

Mark Russo, Esq.
FERRUCCI RUSSO P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Re: **Lawrence Builders, Inc. v. Dr. Anna Kolodner, et als.**
**C.A. No. WC 05-0732**

Dear Mark:

I have enclosed herein copies of Defendants' Motion to Dismiss the First Amended Complaint with accompanying Memorandum, and also Defendants' Notice of Removal.

I am in receipt of your deposition notices for Anna Kolodner and Monty Gold. It makes no sense for my clients to present themselves for deposition on January 26th when their Motion to Dismiss this case is down for hearing on February 20th. Further, a Notice of Removal has been filed. We can discuss dates for depositions once the issue of jurisdiction has been settled.

In the meantime, should your clients have a sincere interest in arbitration, my clients are willing to entertain discussion on the subject. Under no circumstances would such a discussion or any ultimate participation in arbitration proceedings negate my clients' position that arbitration is not mandated pursuant to the contract between Ms. Kolodner and Lawrence Builders. This would simply be a mutual decision by the parties to engage in alternate dispute resolution on their own.

Please get back to me with your thoughts on this. Thanks.

Very truly yours,

Lynne

Lynne M. Radiches

Enc.
cc: Dr. Anna Kolodner and Mr. Monty Gold
Zachary G. Darrow, Esq.

00984770.DOC