AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

LAWRENCE BUILDERS

v.

ANNA KOLODNER, ET AL.

APPEARANCE

CASE NUMBER: 06-013/ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HERBERT ARNOLD AND MICHAEL ARNOLD DBA ARNOLD DESIGN GROUP

I certify that I am admitted to practice in this court.

2-1-06

*Date*

[signature]

*Signature*

MICHAEL GOZZOLINO 3305

*Print Name* *Bar Number*

42 GRANITE ST

*Address*

WESTERLY RI 02891

*City* *State* *Zip Code*

596-9000 596-7796

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.