**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LAWRENCE BUILDERS, INC.<br><br>*Plaintiff*<br><br>v.<br><br>DR. ANNA KOLODNER and MONTY GOLD<br><br>*Defendants* | : | CIVIL ACTION NO.: 06-013/ML |

**MOTION TO DISMISS**

Defendants Anna Kolodner and Monty Gold, by their undersigned attorneys, hereby move to dismiss the above-entitled action for the reasons set forth in the accompanying Memorandum of Law (including exhibits).

Respectfully submitted,
ANNA KOLODNER and
MONTY GOLD
By their Attorneys,

Lynne M. Radiches

Lynne M. Radiches, Esq. (#5777)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8336 Telephone
(401) 831-8359 Facsimile

Dated: February 24, 2006

**CERTIFICATION**

I hereby certify that on this 24th day of February, 2006, I caused a true copy of the within to be sent by regular mail, postage pre-paid, to:

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Susan M. Cook
Susan M. Cook

00994080.DOC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LAWRENCE BUILDERS, INC.<br><br>*Plaintiff*<br><br>*v.*<br><br>DR. ANNA KOLODNER and MONTY GOLD<br><br>*Defendants* | : | CIVIL ACTION NO.: 06-013/ML |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

### PROLOGUE

It makes no sense for two cases involving identical issues of law and fact to run concurrently in Federal Court when the second case (originally brought in State Court and later removed to Federal Court) was only filed to try to keep the first case (to which Defendants have yet to even answer or otherwise respond) out of Federal Court. It's a waste of time, money, energy, and judicial resources.

### BACKGROUND

On December 9, 2005, Anna Kolodner ("Ms. Kolodner"), a Massachusetts resident, filed an action against Lawrence Builders, Inc. ("Lawrence Builders") and Steven T. Lawrence ("Mr. Lawrence") in Federal Court (Kolodner v. Lawrence Builders. Inc., et al., C.A. No. 05-515ML – the "05 Case"). The subject of the 05 Case is a contract (the "Contract") between Ms. Kolodner and Lawrence Builders, whereby Lawrence Builders agreed to construct a residence for Ms. Kolodner in Narragansett, Rhode Island (the "Project"). Ms. Kolodner has alleged Breach of

Contract, Negligence, and Misrepresentation, all arising from consistently shoddy work containing numerous errors and omissions, which ultimately forced Ms. Kolodner to hire others to correct and complete the construction of the Project.

With full knowledge that Ms. Kolodner would be filing in Federal Court on December 9, 2005, Lawrence Builders initiated an action involving identical issues of law and fact against Ms. Kolodner and others in Washington County Superior Court (the "State Court action") on the same day, but only after fraudulently joining two Rhode Island defendants who were not parties to the Contract and from whom no relief was sought (collectively, "the architect and the engineer"), in an effort to defeat diversity jurisdiction. Lawrence Builders also sued Ms. Kolodner's husband, Massachusetts resident Monty Gold ("Mr. Gold"), who is not a party to the Contract.

On January 13, 2006, Ms. Kolodner and Mr. Gold removed the State Court action to Federal Court (Lawrence Builders, Inc. v. Dr. Anna Kolodner, et als., C.A. No. 06-013ML – the "06 Case"). Lawrence Builders filed a motion to remand, which was called for hearing on January 30, 2006, the same day that Defendants' motion to stay and Mr. Lawrence's motion to dismiss were also scheduled for hearing in the 05 Case.

On February 1, 2006, at the conclusion of the evidentiary hearing on the motion to remand (denied on February 14, 2006), this Court denied Defendants' motion to stay and Defendant Steven T. Lawrence's motion to dismiss the 05 Case. Notwithstanding the denial of those motions more than three weeks ago, Defendants in the 05 case have yet to answer or otherwise respond to the Complaint in that action.

**ARGUMENT**

The issues of law and fact in the 06 Case are identical to those in the 05 Case (see Exhibit 1 - *Defendants' Memorandum in Support of their Motion to Stay Proceedings*, p. 2). What is now the 06 Case had only been filed in State Court on December 9, 2005 after Lawrence Builders learned on December 8, 2005 of Anna Kolodner's decision to file the 05 Case in Federal Court the following day.

Lawrence Builders fraudulently joined the architect and the engineer to what is now the 06 Case to try to prevent its removal to Federal Court (see Exhibit 2 - *Memorandum and Order*, p. 7). Now that the 06 case is indeed in Federal Court, the parties have one case too many between them.

Dismissal of the 06 Case is prudent under the circumstances. The 05 Case, which contains identical issues of law and fact to the 06 Case, was filed first, and was not filed for any improper purpose. Despite this Court's denial on February 1, 2006 of Defendants' motion to stay and Defendant Steven T. Lawrence's motion to dismiss the 05 Case, Defendants still have yet to answer or otherwise respond to the Complaint. There is nothing to prevent Defendants from filing a Counterclaim and/or Crossclaim with their Answer to the 05 Case, should they be so inclined.

The fate of the 06 Case appears to be the final battle in the jurisdictional war begun by Lawrence Builders. To allow the 06 Case to run concurrently with the 05 Case would only be a waste of time, energy, money, and judicial resources. Anna Kolodner seeks the just, speedy and inexpensive determination of her claim against Lawrence Builders and Steven T. Lawrence. The dismissal of a second Federal Court action based on identical issues of law and fact to the case which she filed first makes complete sense, and is in the best interest of all involved.

**CONCLUSION**

For the foregoing reasons, the instant action should be dismissed.

Respectfully submitted,
ANNA KOLODNER and
MONTY GOLD
By their Attorneys,

Lynne M. Radiches

Lynne M. Radiches, Esq. (#5777)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8336 Telephone
(401) 831-8359 Facsimile

Dated: February 24, 2006

**CERTIFICATION**

I hereby certify that on this 24th day of February, 2006, I caused a true copy of the within to be sent by regular mail, postage pre-paid, to:

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Susan M. Cook

Susan M. Cook

00994090.DOC