UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LAWRENCE BUILDERS, INC., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| DR. ANNA KOLODNER; et al., | : | C.A. No.: 06-013/ML |
| | : | |
| Defendants | : | |

**Lawrence Builders, Inc.'s Objection to Defendants' Motion to Dismiss**

NOW COMES plaintiff Lawrence Builders, Inc. ("Lawrence Builders"), by and through counsel, and hereby objects to defendants Dr. Anna Kolodner ("Kolodner") and Monty Gold's ("Gold") (collectively, the "Defendants") motion to dismiss in connection with the above-entitled action.

In support of the within objection, Lawrence Builders submits the accompanying memorandum.

Respectfully submitted,
Lawrence Builders, Inc.,
By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: March 6, 2006

**Certification**

I hereby certify that on this 6th day of March, 2006, I served a true and accurate copy of the foregoing upon **Lynne M. Radiches,** Burns & Levinson, LLP, One Citizens Plaza, Suite 1100, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.

Darlene Morris

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LAWRENCE BUILDERS, INC., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| DR. ANNA KOLODNER; et al., | : | C.A. No.: 06-013/ML |
| | : | |
| Defendants | : | |

**Lawrence Builders, Inc.'s Memorandum in Support of Objection to Defendants' Motion to Dismiss**

NOW COMES plaintiff Lawrence Builders, Inc. ("Lawrence Builders"), by and through counsel, and hereby submits the within memorandum in support of its accompanying objection to defendants Dr. Anna Kolodner ("Kolodner") and Monty Gold's ("Gold") (collectively, the "Defendants") motion to dismiss in connection with the above-entitled action.

In support of the within objection, Lawrence Builders submits as follows:

1. The Defendants' motion to dismiss is wholly unsupported by any applicable case law or statute that would lend credibility to their argument(s) in support of the subject request for extraordinary relief.

2. The Defendants' contention that the *Anna Kolodner v. Lawrence Builders, Inc., et al.*, C.A. No.: 05-515/ML ("C.A. No.: 05-515/ML") and *Lawrence Builders, Inc. v. Dr. Anna Kolodner, et al.*, C.A. No.: 06-013/ML ("C.A. No.: 06-013/ML") cases present "identical" issues of law and fact is not an accurate statement. Lawrence Builders' does concede, however, that the attendant facts and

circumstances in these two (2) matters does arise out of a single transaction, *to wit*, the construction of a new residence by Lawrence Builders for the Defendants in Narragansett, Rhode Island.

3. Both the C.A. No.: 05-515/ML and C.A. No.: 06-013/ML actions were filed on the same date - December 9, 2005[1]. Thus, the Defendants' claim that C.A. No.: 05-515/ML was "filed first" is factually inaccurate and misleading.

4. The Defendants misrepresent the status of Lawrence Builders and co-defendant Steven T. Lawrence's ("Lawrence") answer or other response to Kolodner's Complaint in C.A. No.: 05-515/ML. Simply put, by agreement of the parties, Lawrence Builders and Lawrence were provided up to, and including, March 3, 2006, within which to answer or otherwise respond to Kolodner's Complaint in that case. On March 3rd Lawrence Builders filed its Answer, Counterclaim and Third-Party Complaint in C.A. No.: 05-515/ML. On that same date, Lawrence filed his Answer and Counterclaim in the same matter. As such, the Defendants' assertion that neither Lawrence Builders nor Lawrence have answered or otherwise responded to Kolodner's Complaint in C.A. No.: 05-515/ML is incorrect, and, further, misrepresents the parties' agreement with respect to the timing for these filings relative to that case.

5. In addition to Lawrence Builders and Lawrence, respectively, submitting their responsive pleadings to Kolodner's Complaint in C.A. No.: 05-515/ML,

---

[1] C.A. No.: 06-013/ML was originally filed by Lawrence Builders on December 9th in the Washington County Superior Court. In lieu of filing a responsive pleading in the Superior Court, the Defendants removed the same to this Court. Notwithstanding, both such legal actions were commenced on the same date.

Lawrence Builders and Lawrence have moved this Court to consolidate C.A. No.: 05-515/ML and C.A. No.: 06-013/ML, thereby ensuring that the interests of judicial economy, as well as the convenience of the Court and the parties in terms of savings in time, effort and expense with respect to these matters is protected and/or preserved. Even more, consolidation would not result in "demonstrable prejudice" to the Defendants, or either of them. Therefore, the consolidation of both C.A. No.: 05-515/ML and C.A. No.: 06-013/ML is warranted and appropriate.

6. The Defendants' motion to dismiss is without merit, and, thus, is improper under the present circumstances. Instead, this Court should consolidate the cases, and, further, "treat" Lawrence Builders' C.A. No.: 06-013/ML action as a *de facto* "counterclaim" to Kolodner's C.A. No.: 05-515/ML Complaint, thereby "framing the universe" of competing claims by and among the parties to these matters.

7. There exists insufficient grounds to warrant the granting of the Defendants' extraordinary request to dismiss the above-entitled action.

WHEREFORE, for the foregoing reasons, Lawrence Builders respectfully prays that this Court deny the Defendants' motion to dismiss, with prejudice, that this Court award to Lawrence Builders any and all reasonable attorneys' fees and costs incurred by Lawrence Builders in having to defend against the Defendants' motion to dismiss, and that this Court award to Lawrence Builders such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

Lawrence Builders, Inc.,

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: March 6, 2006

## Certification

I hereby certify that on this 6th day of March, 2006, I served a true and accurate copy of the foregoing upon **Lynne M. Radiches,** Burns & Levinson, LLP, One Citizens Plaza, Suite 1100, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.

Darlene Morris