UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LAWRENCE BUILDERS, INC., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No.: 06-013/ML |
| | : | |
| DR. ANNA KOLODNER; et al., | : | |
| | : | |
| Defendants | : | |

First Amended Notice to Take Deposition

To: **Dr. Anna Kolodner**
c/o Lynne M. Radiches, Esq.
Burns & Levinson, LLP
One Citizens Plaza - Suite 1100
Providence, RI 02903

Rhode Island Court Reporting
25 Sea View Avenue
East Providence, RI 02915

**PLEASE TAKE NOTICE** that at **9:30 a.m.**, on **Friday, March 17, 2006,** at the law offices of Ferrucci Russo, P.C., 55 Pine Street, 4th Floor, Providence, Rhode Island, 02903, plaintiff Lawrence Builders, Inc., by and through its counsel, Christopher M. Mulhearn, Esq., will take the deposition of **defendant Dr. Anna Kolodner**, by stenographic means before an officer authorized to administer oaths. The deposition will continue from day to day until completed.

Respectfully submitted,

Lawrence Builders, Inc.

By its Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Dated: March 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served upon the following, via facsimile and via first-class, postage prepaid mail, on this 8th day of March, 2006:

**Lynne M. Radiches, Esq.**
Burns & Levinson, LLP
One Citizens Plaza - Suite 1100
Providence, RI 02903

Darlene Morris

cc: Rhode Island Court Reporting