**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LAWRENCE BUILDERS, INC.

*Plaintiff*

*v.* CIVIL ACTION NO.: 06-013/ML

DR. ANNA KOLODNER and MONTY GOLD

*Defendants*

**REPLY MEMORANDUM TO LAWRENCE BUILDERS, INC.'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS**

**ARGUMENT**

Lawrence Builders and Steven T. Lawrence argued in their Memorandum in Support of Motion to Stay Proceedings in the 05 Case that the 05 and 06 Cases present "identical issues of law and fact". (See Memorandum in Support of Motion to Dismiss, Exhibit 1, p. 2). The "waffling" by Lawrence Builders and Mr. Lawrence on this issue, dependent upon what position suits them at the time, should not be indulged.

The 05 Case and what is now the 06 Case may have been filed on the same day, but the 05 Case was the first of the two cases to be brought in Federal Court. The fact that the 05 Case has now not only been answered, but Counterclaims and a Third-Party Complaint filed as well, serves only to bolster the arguments made by Defendants to dismiss the 06 Case.

Why consolidate the two cases, as Lawrence Builders suggests in yet its latest motion filed,[1] and treat the 06 Case as a *de facto* "counterclaim" to the 05 Case, when an actual Counterclaim (complete with Third Party Complaint) has already been filed in the 05 Case?

Defendants object to any award of fees and costs incurred by Lawrence Builders in objecting to the motion to dismiss a case which should never have been brought at all.

**CONCLUSION**

For the foregoing reasons, and those articulated in Defendants' Memorandum in Support of Motion to Dismiss, the instant action should be dismissed.

Respectfully submitted,
ANNA KOLODNER and
MONTY GOLD
By their Attorneys,

Lynne M. Radiches

Lynne M. Radiches, Esq. (#5777)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8336 Telephone
(401) 831-8359 Facsimile

[1] Anna Kolodner has filed (contemporaneously herewith) her Objection to the Motion to Consolidate brought by Lawrence Builders and Steven T. Lawrence in the 05 Case.

**CERTIFICATION**

I hereby certify that on this 13th day of March, 2006, I caused a true copy of the within to be sent by regular mail, postage pre-paid, to:

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Sherry A. Spencer
Sherry A. Spencer

00998622.DOC