BURNS LEVINSON LLP

March 7, 2006

LYNNE M. RADICHES
(401) 831-8336 (Direct Line)
LRadiches@burnslev.com

Christopher M. Mulhearn, Esq.
FERRUCCI RUSSO P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Re: **Lawrence Builders, Inc. v. Dr. Anna Kolodner, et als.**
**C.A. No. 06-013/ML**

Dear Chris:

I am writing in response to the Notices to Take Deposition of Ms. Kolodner on March 15, 2006, and Mr. Gold on March 20, 2006, served by your client in the above-captioned case.

My clients' Motion to Dismiss this case is presently before the Court for consideration. I cannot in good conscience at this stage of litigation present either of my clients within the next (2) weeks for deposition in a case which may well be dismissed.

To the extent that your intent was to notice these depositions in the "05 case", it is premature to conduct either deposition prior to the filing of responses by my clients to the Counterclaims and Third-Party Complaint filed by your clients on March 6, 2006. That notwithstanding, I am presently scheduled for a trial in the Bankruptcy Court on March 15, 2006. I have not inquired as to Mr. Gold's availability on March 20, 2006.

I remain sensitive to the fact that discovery shall close in this case at the end of July, Chris. That having been said, let's get responsive pleadings filed before engaging in discovery. I am still of the opinion that our clients' energy and funds would be put to better use by resolving the dispute between them than by paying us more money to get more paper cuts.

Very truly yours,

Lynne

Lynne M. Radiches

cc: W. Mark Russo, Esq.
00994420.DOC

bcc: Dr. Anna Kolodner and Mr. Monty Gold