RECEIVED
MAR 28 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LAWRENCE BUILDERS, INC.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 06-013/ML** |
| | : | |
| | : | |
| **DR. ANNA KOLODNER; et al.,** | : | |
| | : | |
| **Defendants** | : | |

**Dismissal Stipulation**

BY AGREEMENT OF THE PARTIES HERETO, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Lawrence Builders, Inc. ("Lawrence Builders"), defendant Dr. Anna Kolodner ("Kolodner"), and defendant Monty Gold ("Gold"), and each of them, hereby dismiss and discharge the above-entitled action, including without limitation any and all claims, counterclaims, third-party claims and/or defenses alleged, averred and/or asserted herein, with prejudice. Any and all rights of appeal in connection herewith are waived. The parties, and each of them, hereby agree that each such party shall bear its own costs and expenses associated with the instant action, including without limitation any and all attorneys' fees.

AGREED, CONSENTED & STIPULATED TO:

Anna Kolodner & Monty Gold

By their Attorneys,

Lynne M. Radiches (#5777)
**Burns & Levinson, LLP**
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel.: (401) 831-8336
Fax.: (401) 831-8359

Dated: March 28, 2006

Lawrence Builders, Inc. & Steven T. Lawrence

By their Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Dated: March 28, 2006

ENTER:

Mary M. Lisi
USDJ 3/29/06

PER ORDER:

Barbara Barletta